Case 4:11-mj-71235-MAG   Document 8   Filed 11/02/11   Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

FILED

NOV - 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America ) | Case No.   4-11-71235-MAG-1 |
| v.                        ) | |
|                           ) | |
| Maurice Taylor            ) | Charging District: Eastern District of Missouri, St. Louis |
|                           ) | |
| Defendant                 ) | Charging District's Case No.   4:11CR00375ERW |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Thomas F. Eagleton, U.S. Courthouse<br>111 South 10th St.<br>St. Louis, MO  63102-1116 | Courtroom No.: 13N, Mag. Thomas C. Mummert, III |
| --- | --- | --- |
| | | Date and Time: 11/15/11 at 10:30 a.m. |

The defendant is ordered to report to U.S. Pretrial Services in the Eastern District of Missouri, St. Louis, on 11/15/11 at 8:30 a.m.

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 11/2/11

_Judge's signature_

**DONNA M. RYU, United States Magistrate Judge**
*Printed name and title*

cc: Copy to parties via ECF, Mag. Thomas C. Mummert, III's Chambers, 2 Certified copies to U.S. Marshal, Pretrial Services, Financial